1  Steven Wayne Bonilla
2  J-48500, 3-EY-13
3  San Quentin, CA 94974
4  Petitioner

RECEIVED
FEB 11 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
Feb 23 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California

In re: to the matter of    Case no. 4:22-cv-1122 PJH
Steven Wayne Bonilla    Challenging attorney David Anthony
Deprivation of Rights    and Sandi Ciel
   — Expedited Review Requested

### Introduction

The Alameda County Superior Court judgment in Case No. H-12210-A is based on fraud. There is no federal grand jury subpoena. The Fourth Amendment bars the prosecution from using evidence secured through an illegal search and seizure. There is no subject matter nor subject matter jurisdiction.

### Statement of Claim

Attorneys David Anthony and Sandi Ciel are involved in a conspiracy with or among public officials not to perform their official duty owed to their client/Petitioner to have the judgment declared void.

### Verification

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 USC § 1746.

Dated: February 6, 2022

Respectfully Submitted
Steven W. Bonilla



Bonilla J-98500
SQ SA 94974

US District Court
1301 Clay Street - #400S
Oakland CA 94612

